# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY McCULLOCH, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:19-cv-01603-LSC-SGC |
| JIMMY THOMAS, et al.,[1] | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On September 4, 2020, the magistrate judge entered a report recommending this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied and dismissed with prejudice. (Doc. 9). The report advised the parties of their rights to file specific written objections within fourteen (14) calendar days. (*Id.* at 33-34). Neither party has filed objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. In accordance with the recommendation, the court finds the petitioner's claims are due

---

[1] McCulloch initially named as a respondent Mary Cooks in her capacity as Warden of Fountain Correctional Facility, where McCulloch was imprisoned when he filed the petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004); Rule 2(a), *Rules Governing Section 2254 Cases*. McCulloch has since been transferred to Bibb Correctional Facility, where Jimmy Thomas is the warden. Accordingly, Thomas is **SUBSTITUTED** for Cooks as a respondent, and the Clerk of Court is **DIRECTED** to amend the docket sheet accordingly.

to be denied and dismissed with prejudice. Additionally, pursuant Rule 11 of the *Rules Governing 2254 Proceedings*, a certificate of appealability will be denied.

A separate order will be entered.

**DONE** and **ORDERED** on September 30, 2020.

_____
L. Scott Coogler
United States District Judge

160704